# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Todd Nathaniel Brey

_____

(Full name of the Plaintiff(s) in this action)

v.

David Osborne

Marty Teasley

Sherry Hurst

Roy Thompson

Jack Jones    Other Defendants Continued

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 4:15-CV-135-JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Todd Nathaniel Brey

Place of Confinement: Daviess County Detention Center

Address: 3337 Hwy. 144 Owensboro, Ky. 42301

Status of Plaintiff: CONVICTED ( )  PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(B) **Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _David Osborne_ is employed as _Jailer_ at _Daviess County Detention Center_.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant _Marty Teasley_ is employed as _Sergent_ at _Daviess County Detention Center_.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant _Sherry Hurst_ is employed as _C/O and/or Deputy Jailer_ at _Daviess County Detention Center_.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant _Roy Thompson_ is employed as _C/O and/or Deputy Jailer_ at _Daviess County Detention Center_.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(5) Defendant **Advanced Correctional Health Care** is employed as **Medical** at **Daviess County Detention Center**

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (__) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

 Plaintiff(s): _____

 Defendant(s): _____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

(B) Defendant(s) Continued: pg. 1 of 1     Form (A) continued

(6) Defendant Jack Jones is employed as Lt. and/or Lieutentant at Daviess County Detention Center. The Defendant is being sued in his/her individual and/or official Capacity. His/her ✓ individual and/or ✓ official Capacity.

(7) Defendant Matt Johnston is employed as Doctor and/or Physicians Asst. at Daviess County Detention Center. The Defendant is being sued in his/her ✓ individual and/or ✓ official Capacity.

(8) Defendant Christina Strange is Employed as Nurse/Medical at Daviess County Detention Center. The Defendant is being sued in his/her ___ individual and/or ✓ official Capacity.

(9) Defendant Connie Melbahaur is Employed as Nurse/Medical at Daviess County Detention Center. The Defendant is being sued in his/her ✓ Individual and/or ✓ official Capacity.

(B) Defendants Continued: pg. 2 of 2                    Form (A) Continued

(10) Defendant  Brad Brown  is Employed as Nurse/Medical at Daviess County Detention Center. The Defendant is being sued in his/her ✓ individual and/or ✓ official Capacity.

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

① Booked in 2:30 Am on Sept. 4th Booking Ask if person is being seen by a Doctor or on any Medications. Advised them was seeing or under the care of Dr. Neurosurgeon Eric Allen Goebael at the Springs in Owensboro, Ky. Went for MRI and/or Pre-OP on 9-2-15 was Scheduled for Surgery on 9-14-15. was taking Flexeril, + Hydro-Codone for Pain and Muscle relief. Have herniated disc 9-4-15 placed in M-148 or Medical on floor 9-5-15 pulled from Medical for no reason by Nurse Connie Melbahaur At this time havent been seen by Anyone. Placed in B-137 cell B-120 on floor Asked for Boat or Bottom Bunk was denied (Laughed at) Put on Kiosk in Cell 9-6-15 2053 I'm Scheduled to have Surgery 9-14-15 have Already had MRI + Pre-OP Also Asked Medical the Morning of 9-6-15 if they had been told About my Surgery or if they could help me + why I was pulled from Medical. (Nothing Answered) Answer from Kiosk its now 9-8-15 22:17 Medical Staff handles those types of things. Made Lt. Jones Aware. 9-10-15 Came off Restriction for A fight in Pod-B137 wasn't involved in placed in B-121 by Sgt. Marty Teasley Advised him I Could not Climb on top bunk I had herniated disc in My back Asked him to please Check with Booking and/or Medical he said go to top bunk or go to the hole period took bunk didnt

(left margin annotations:) Medical Neglect, Abuse, Harrassment, Malpractice

4

1 Civil Rights Violated
Medical Neglect, Abuse, Malpractice
& Harrassment, Slander

### III. STATEMENT OF CLAIM(S) continued

↓ Want to go to the hole no mat from 7am to 11pm. 9-11-15 put 17:08→ on kiosk: Came to Jail on 9-4-15 Scheduled for Surgery on 9-14-15 I was placed in Medical taken out for no reason by nurse Connie Melbahaur under the Care of Neuro Surgeon Dr. Eric Allen Goebael. 9-11-15 at 18:14

↓ answered by opr. Jack Jones has been told Ref. Jack Jones Lt. 9-20-15 talking to Inmate Odis Henson in B-121 had to go to bathroom was getting off bunk the way I always do the only way to set off put legs over the side push yourself off easy landing on concrete floor when my feet hit the floor left leg went numb & tingled couldn't

↓ set up Inmate Odis Henson notified Deputy C/O Tori Tucker who called for Medical time is about 19:50 Medical Responed about 19:55 C/O or Deputy Caldwell, & Hagaur along with Brad Brown & Nurse Chris Strange & Connie Melbahaur responded placed in wheelchair taken to Medical C/O Deputy Caldwell held left leg all way to Medical Got to Medical around 20:00 Chris Strange Made Comment Marty Teasley or Sgt. Teasley didn't make you go to top bunk she wasn't present on the night in question Nurse Chris Strange Also made comment when something important happens let her know laughed & walked out of the room leaving me with Nurse Brad Brown & Connie Malbahaur also walked out with Nurse Chris Strange. C/O Deputy Caldwell & Hagaur present. Nurse Brad Brown Contacted Doctor And/or PA Matt Johnston Doctor Said no hospital

Claims Continued:

5

Civil Rights being Violated: Medical Neglect, Abuse, Harrassment Malpractice, Slander

III. Statement of Claim(s) Continued

numb and Tingling — Nurse Brown advised me I would get X-Ray advised leg was numb and them again I have already had MRI and Pre-op done on 9-2-15 through NeuroSurgeon Dr. Eric Allen Goebael at The Springs in Owensboro, Ky. Asked for Wheelchair and/or Cain advised them I couldn't walk to bathroom was denied placed on floor M-148 no way to set up and go to bathroom. 9-21-15 Taken to X-Ray by Deputy c/o Sherry Hurst & Isbill at X-Ray told X-Ray Tech. what happened that already had MRI & Pre-op done on the street. C/o Deputy Sherry Hurst questioning me about my Injury & on the way back to M-148 C/o Deputy Sherry Hurst made comment if you know what is good for you you will let this go or you will get delt with me & other c/o's then entered cell M-148 Asked her for Wheelchair or Cain placed on floor from Wheel Chair told her I was going to take Action She Laughed said tell Elchide about it he is Major Elchide her at this Jail told her I was going to take action again She Said She would get me all the paper I need Laughed and left M-148 cell M-148 heard this. 2nd Shift Ask Sgt. Hemphling to find out about my X-Ray results Said he would never heard anything. 9-21-15 Afternoon Med. Call Nurse Brad Brown & C/o or Deputy Roy Thompson present Called my name told them I couldn't set up to get it leg was still numb & Tingling lower left hand of back has sharp pain C/o or Deputy Roy Thompson Said or hollered tell him to Crawl to get it Cell M-148 heard this (witness) M-148) Thompson also stated he had Something for Me or a place for me

Civil Rights being Violated: Medical Neglect, Abuse, Harrassment, Slander

III Statement of Claim(s) Continued:

9-22-15 on or about 10:30 AM seen Jack Jones the Lt. here at Jail he convinced me he would help me with my accident on 9-20-15 here at the Jail as of today 10-12-15 still haven't heard anything. Talked to C/O Deputy Day on 1st Shift advised him my back was hurting bad leg was going numb again said he would tell Lt. Jack Jones Haven't heard anything as of 18:00 on 10-12-15. Asked Medical for second Mat or Cain to help me get around pertaining to my Injury in B-121 setting off Top bunk also filled out Medical slip to get results of X-Ray This is on 9-22-15 never got response as of 9-23-15 16:50 pill call 9-23-15 had to fill out Med-Slip to get my IBu's filled or for 3 day period cost for that $10.00 9-24-15 had IBu's for Lunch got them didn't have them for Dinner that night also Asked for Cain at Afternoon Meds. Nothing happened - Also on 9-23-15 filled out results from X-Ray Said I was fine filled out Med Slip Also on 9-23-15. Doctor was here on 9-24-15 still haven't seen this Doctor Matt Johnston was told he is only A P/A Physicians Asst. 9-25-15 filled out Med.Slip on 9-25-15 to get Cain can't put hardly any pressure on left leg + to get results from X-Rays nothing no response. Just seen nurse She's new haven't never seen her before Asked her about Meds, X-Ray + my Surgery She Said when I came to Jail the P/A here took over All Decisions or anything over my Neuro Surgeon Dr. Eric Allen Goebael told them I had Wellcare Ins. Meds. has been taken for good no reason. 9-26-15 Seen Brad Brown Nurse took Blood Pressure was 190/89 in Pain.

Civil Rights Violation: Medical Neglect, Abuse, Harrassment, Slander, Malnutrition

III Statement of Claim(s) Continued:

9-27-15 Asked Brad Brown for B/P Check Left hand Tingling tightness in chest Back + Leg hurting Severe. Never came said give him a few minutes never came back as of 9-27-15 at 19:14 on 9-27-15 Started on I Bus Again on 9-30-15 taken Again Said for Good Again. 10-1-15 in Medical Pod M-148 18 people in a 10 man cell Can't walk on floor Mats Everywhere people saying if anyone Steps on my ~~toilet~~ Mat they will get whipped Couldn't get to bunk with Tray in pain had to go into Shower + Eat Standing up moisture drops falling off Ceiling into tray. Had no Choice no room M-148 Inmates in cell witness Surveilance Camera in cell 10-5-15 Got Civil Rights Complaint Form Still no Grievance. Nurse Chris Strange hollered Brey on 10-10-15 At 9:50pm Said she heard I was moving around ok She was moving me back to General Population Cell M-148 heard this to this Day Still haven't Seen Doctor or Physicians Assistant MATT Johnston wasn't seen by anyone before ~~being~~ moved back on Floor in Pod-B137 cell B-121 on floor. 10-12-15 Breakfast had 2 waffles, Small scoop of Oatmeal, 2 small pkgs. Koolaid 1 pks. of Fortified Milk (Lunch) 1 Country fried Steak, 1 small Serving peas, carrots, 1 small Serving potatoes, 2 Bread, Dinner = Bologna, Potatoes, Corn, 2 pieces Bread 1 cake. Is that Consistant with 2000 calories. Mal/Nutrientia

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ **1,000,000**.

✓ grant injunctive relief by **Pain Suffering, Neglect/Medical, Abuse, Harrassment, Malnutrition, My Surgery**

✓ award punitive damages in the amount of $ **1,000,000, Pain Suffering, Med. Neglect, Abuse, Harrassment, Malnutrition**

✓ other: **Claim under 28 U.S.C. §§ 2241, 2254, or 2255 Suspension of All workers in this Claim no Less than 90 Days without Pay**

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This **12** day of **October**, 20**15**.

_[signed: Todd Nathaniel Brey]_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on **10-13-15**.

_____
(Signature)